# Supplemental Civil Cover Sheet for Cases Removed From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    | 395th District Court of Williamson County, Texas | 25-2788-C395 |

2. **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    |---|---|
    | Round Rock Montessori School, Inc. | David R. Sanders |
    | Utica Lloyd's of Texas | Daniel Buechler |
    |  |  |
    |  |  |

3. **Jury Demand:**

    Was a Jury Demand made in State Court?  [x] Yes    [ ] No

    If "*Yes,*" by which party and on what date?

    _Plaintiff_____     _September 23, 2025____
    Party                                                                         Date

Supplemental Civil Cover Sheet
Page **2** of **2**

4. **Answer:**

   Was an Answer made in State Court?   [X] Yes      [ ] No

   If "*Yes*," by which party and on what date?

   <u>Defendant</u>                                  <u>October 27, 2025</u>
   Party                                             Date

5. **Unserved Parties:**   Not applicable.

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   |  |  |
   |  |  |
   |  |  |
   |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**   Not applicable

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   |  |  |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff | Plaintiff states Defendant unlawfully handled its claim for insurance. |
   | Defendant | Defendant states Plaintiff was not entitled to coverage under the policy provisions. |