IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ROUND ROCK MONTESSORI SCHOOL, INC.** | § § § | |
| *Plaintiff*, | § § | **CIVIL ACTION NO.** |
| v. | § § | **1:25-CV-1767** |
| **UTICA LLOYD'S OF TEXAS,** | § § § | |
| *Defendant.* | § | |

## DEFENDANT UTICA LLOYD'S OF TEXAS' INDEX OF MATTERS BEING FILED

Notice of Removal

Exhibit A:   Civil Cover Sheet

Exhibit B:   Supplemental Cover Sheet

Exhibit C:   Index of Matters Being Filed

Exhibit D:   State Court Docket Sheet

Exhibit E:   Plaintiff's Original Petition

Exhibit F:   Return of service for Utica Lloyd's of Texas

Exhibit G:   Defendant Utica Lloyd's Original Answer

Exhibit H:   Certificate of Interested Parties

Exhibit I:   Notice to State Court of Removal