25-2788-C395

| | | |
|---|---|---|
| ROUND ROCK MONTESSORI SCHOOL, INC. | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | 395TH JUDICIAL DISTRICT COURT OF WILLIAMSON |
| | § | COUNTY, TEXAS |
| UTICA LLOYD'S OF TEXAS | § | |
| Defendant. | § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **October 2, 2025, 10:29 am**,

CITATION, PLAINTIFF'S ORIGINAL PETITION,

and was executed at **1999 Bryan Street #900, Dallas, TX 75201** within the county of **Dallas** at **03:01 PM** on **Friday, October 03, 2025**, by delivering a true copy to the within named

**UTICA LLOYD'S OF TEXAS C/O CT CORPORATION SYSTEM AS REGISTERED AGENT- ACCEPTED AT CT CORPORATION SYSTEM BY TIERICA WILLIAMS, INTAKE SPECIALIST,**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Kurt Schedler**, I am at least 18 years old, and my address is **2221 Justin Road 119-328, Flower Mound, TX 75028**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DENTON** County, State of **TEXAS**, on **October 08, 2025**.

*Kurt Schedler*

**Kurt Schedler**
Certification Number: PROCESS SERVER# PSC1098
Certification Expiration: 8-31-2026

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tanya Barrett on behalf of David Sanders
Bar No. 24093102
TBarrett@hstalaw.com
Envelope ID: 106642043
Filing Code Description: Return Of Service *
Filing Description: for Utica Lloyd's of Texas, C/O CT Corporation System, Envelope #106642043
Status as of 10/9/2025 3:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| David Sanders | | dsanders@hstalaw.com | 10/9/2025 10:37:10 AM | SENT |

Copy from re:SearchTX