**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ROUND ROCK MONTESSORI SCHOOL, INC.** | § § § | |
| *Plaintiff*, | § § | **CIVIL ACTION NO.** |
| v. | § § | **1:25-CV-1767** |
| **UTICA LLOYD'S OF TEXAS,** | § § § | |
| *Defendant.* | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to FED. R. CIV. P. 7.1, Defendant Utica Lloyd's of Texas respectfully submits this Certificate of Interested Parties to list all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this litigation as well as their Rule 7.1 Disclosure Statement:

1. Round Rock Montessori School, Inc.
   c/o David R. Sanders
   Insurance Claim Lawyers, Inc.
   d/b/a Hair Shunnarah Trial Attorneys, L.L.C.
   d/b/a Insurance Claim HQ
   3540 S. I-10 Service Road W, Suite 300
   Metairie, Louisiana 70001
   504-684-5200
   *Plaintiff*

   Upon information and belief, Plaintiff is Texas corporation with its principal place of business in Williamson County, Texas.

    2.    Utica Lloyd's of Texas
c/o Daniel Buechler
THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas, 700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: 214-871-8262
*Defendant*

Defendant is a Texas Lloyds company whose underwriters are citizens of the states of Illinois and New York.

If new parties are added, or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel will promptly file an amended certificate with the Clerk.

Respectfully submitted,

By: */s/ Daniel Buechler*
Daniel Buechler
State Bar No. 24047756
214-871-8262
dbuechler@thompsoncoe.com
Thompson, Coe, Cousins & Irons, L.L.P.
Plaza of the Americas, 700 N. Pearl Street,
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Fax: 214-871-8209

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

   I certify a true and correct copy of this document was served on the following counsel of record via email in accordance with the Federal Rules of Civil Procedure on the 3rd day of November, 2025:

David R. Sanders
d/b/a Hair Shunnarah Trial Attorneys, L.L.C.
d/b/a Insurance Claim HQ
3540 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
*Attorney for Plaintiff*

               */s/ Daniel Buechler*
               Daniel Buechler