CAUSE NO. 25-2788-C395

| | | |
|---|---|---|
| ROUND ROCK MONTESSORI SCHOOL, INC. | § § § | IN THE DISTRICT COURT |
| *Plaintiff*, | § § | |
| v. | § § § | WILLIAMSON COUNTY, TEXAS |
| UTICA LLOYD'S OF TEXAS, | § § | |
| *Defendants*. | § | 395th JUDICIAL DISTRICT |

### DEFENDANT'S NOTICE TO STATE COURT OF REMOVAL

On or about November 3, 2025, Defendant Utica Lloyd's of Texas filed its Notice of Removal in the United States District Court for the Western District of Texas, Austin Division. The Notice of Removal effects the removal, and the state court shall proceed no further unless and until the case is remanded. 28 U.S.C. § 1446(d). The Notice of Removal is attached as Exhibit "A."

Respectfully submitted,

By: */s/ Daniel Buechler*
    Daniel Buechler
    State Bar No. 24047756
THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas, 700 N. Pearl Street,
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: 214-871-8262
Fax: 214-871-8209
E-Mail: DBuechler@thompsoncoe.com

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I certify a true and correct copy of this document was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on the 3rd day of November, 2025:

David R. Sanders
d/b/a Hair Shunnarah Trial Attorneys, L.L.C.
d/b/a Insurance Claim HQ
3540 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
*Attorney for Plaintiff*

                              */s/ Daniel Buechler*
                              Daniel Buechler